UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 14-04809 RGK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report. Accordingly, the Court GRANTS the motions by Defendants City of Los Angeles and Bob Stresak to dismiss the First Amended Complaint and DISMISSES the First Amended Complaint without leave to amend.

　　　　DATED: March 19, 2015

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE